I concur specially to point out that this case is factually distinguishable from Wright v. Holy Name of Jesus MedicalCenter, 628 So.2d 510 (Ala. 1993). In my dissent in Wright, I stated that I would hold that the trial court in that case did not abuse its discretion in denying the plaintiff's motion to strike prospective juror P.C. The plaintiff insisted that P.C. should be subject to a challenge for cause because P.C. had admitted that she would feel awkward on her next visit to the defendant doctor after having served on the jury; but P.C. did not say that she would feel awkward sitting on the jury. In this case, however, the prospective juror, Kornegay, stated that he would feel awkward serving on the jury. Accordingly, I agree with the majority that the trial court in this case erred in not striking juror Kornegay for cause.
 *Page 14